UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ROBERT GEORGE HOLDER**                                                                 **PLAINTIFF**

v.                                                **CIVIL ACTION NO. 3:10CV-P512-H**

**LOUIS LAWSON** *et al.*                                                         **DEFENDANTS**

## <u>ORDER</u>

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41 because he has failed to prosecute them and he has failed to comply with this Court's Local Rules and Scheduling Order requiring him to keep the Court advised of his current address.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
           Counsel of record
4412.008